LAWRENCE G. BROWN
United States Attorney
SUSAN PHAN
Assistant U.S. Attorney
4401 Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

**FILED**

AUG 0 4 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:09-CR-00226 LJO |
| Plaintiff, ) | |
| ) | [~~PROPOSED~~] ORDER FOR DISMISSAL |
| v. ) | OF INDICTMENT WITHOUT |
| ) | PREJUDICE |
| JOSE LUIS MAGANA-MEZA, ) | |
| ) | |
| Defendant. ) | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed herein be dismissed against defendant JOSE LUIS MAGANA-MEZA without prejudice and in the interest of justice.

DATED: Aug 4, 2009               _____
                                  HONORABLE LAWRENCE J. O'NEILL
                                  United States District Judge

copies given
2 USM 8/4/09